

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2019

No. 04-18-00623-CR

Matthew **SERNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-05-0186-CRA
Honorable Russell Wilson, Judge Presiding

## O R D E R

Appellant's brief was due on September 26, 2019, but was not filed. On September 27, 2019, appellant filed his brief, and on October 1, 2019, appellant filed a motion for an extension of time to file his brief out of time. On October 1, 2019, appellant filed a corrected brief. Appellee has not responded to appellant's motion for an extension of time. Accordingly, we GRANT appellant's motion for an extension of time and deem appellant's corrected brief timely filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk